Court of Appeals
1st District
301 Fannin St.
Houston TX 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 15 2015

CHRISTOPHER A. PRINE

CLERK

10·10·15

Re: Debeyon Patrice Young    Cause # 1388619
Court of appeals number: 01-15-00412-CR

To whom it may concern:

I field an appeal on April 20, 2015 in regards to my case. At this time I would like to check the status of my case. I appreciate your help with this matter.

Thank you

Debeyon Young
TDC# 01997170
~~2893 Marlin Tx 769~~
2893 State Hwy 6
Marlin Tx 76661

Debejion Young #01447170
2893 State Hwy 6
Marlin Tx 76661

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 15 2015

CHRISTOPHER A. PRINE
CLERK



NORTH TEXAS TX P&DC
DALLAS TX 750
13 OCT 2015 PM 1 L

7700220699

Court of Appeals
First District
c/o Christopher A. Prine, Clerk of the Court
301 Fannin St.
Houston Tx 77002

